JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSULA G. GREKOV,<br><br>　　　Plaintiff,<br><br>v.<br><br>AMSHER COLLECTION SERVICES, INC. and MAURY COBB, ATTORNEY AT LAW LLC,<br><br>　　　Defendant. | Case No. 2:22-cv-07828-AB-MAA<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　　The Court has been advised that this action has been settled.

　　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 18, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.